Seglin Construction Company, Inc., et al., Respondents, *v.* The State of New York, Appellant.
(Claim No. 22029.)

Argued June 11, 1937; decided July 13, 1937.

*John J. Bennett, Jr., Attorney-General (Henry Epstein and Leon M. Layden* of counsel), for appellant.

*William Brennan, Jr.,* for Seglin Construction Company, Inc., et al., respondents.

*Charles B. Sullivan* and *Benjamin McClung* for A. E. Norton, Inc., respondent.

On appeal from judgment: judgment affirmed, with costs.

On appeal from order: order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.